BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722

FILED

JUN - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Arrest Warrant and ) Misc no.
Search Warrant: )
 )
  Lori Zoval ) ORDER
 )
 ) 2 10 - ☐ - 164   KM
  [sealed] )
 )

For the reasons set forth in the affidavit of Janet Palmore, the Court hereby orders that: the Arrest Warrant, Criminal Complaint, and related documents; as well as this Application for Sealing Order and Order; are sealed.  They shall remain sealed until the arrest of the defendant, or by further order of the court, whichever comes first.

DATED:  6/8  , 2010

_____
HON. KIMBERLY A. MUELLER
U.S. Magistrate Judge