```
                                        FILED
                                        June 22, 2010
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
                                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LORI ZOVAL, )<br>)<br>Defendant. ) | Case No. 2:10MJ00164-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LORI ZOVAL , Case No.  2:10MJ00164-KJM , Charge  18USC § 1341, 1343, AND 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   __  Bail Posted in the Sum of $_____

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   ✔  (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 22, 2010  at  2:00 pm .

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court