```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
Lori Zoval
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LORI ZOVAL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 10-265-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE: November 19, 2010 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, LORI ZOVAL by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, September 10, 2010, be continued to Friday, November 19, 2010, at 9:00 a.m..

The government has provided defense counsel with several thousand pages of discovery.  This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1   It is further stipulated that the time period from the date of this stipulation, September 7, 2010, through and including the date of the new status conference hearing, November 19, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 7, 2010     Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             Lori Zoval


DATED: September 7, 2010     BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             ROBIN TAYLOR
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  September 8, 2010

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge

2