DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
Lori Zoval


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 10-265-GEB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER** |
| LORI ZOVAL, ) | DATE:  December 17, 2010 |
| Defendant. ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell Jr. |

     It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, LORI ZOVAL by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 19, 2010, be continued to Friday, December 17, 2010, at 9:00 a.m..

     The government has provided defense counsel with several thousand pages of discovery.  This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2    stipulation, November 10, 2010, through and including the date of the
3    new status conference hearing, December 17, 2010, shall be excluded
4    from computation of time within which the trial of this matter must be
5    commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6    (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7    prepare].

8

9    DATED: November 10, 2010        Respectfully submitted,

10                                    DANIEL J. BRODERICK
                                      Federal Defender
11
                                      /s/ Benjamin Galloway
12                                    BENJAMIN GALLOWAY
                                      Assistant Federal Defender
13                                    Attorney for Defendant
                                      Lori Zoval
14

15
16   DATED: November 10, 2010        BENJAMIN B. WAGNER
                                      United States Attorney
17                                    /s/ Benjamin Galloway for
                                      ROBIN TAYLOR
18                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
19

20                                **O R D E R**

21   **IT IS SO ORDERED.**  Time is excluded from today's date through and
22   including December 17, 2010, in the interests of justice pursuant to 18
23   U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
24   T4.

25   Dated:  November 10, 2010

26

27   _____
     GARLAND E. BURRELL, JR.
28                                    United States District Judge

**2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28