```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LORI ZOVAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 10-265-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| LORI ZOVAL, | DATE: January 14, 2011 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Garland E. Burrell Jr. |

    It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, LORI ZOVAL by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 17, 2010, be continued to Friday, January 14, 2011, at 9:00 a.m..

    Ms. Zoval has retained private counsel.  The Office of the Federal Defender is in the process of transferring the voluminous case file to her new counsel.  A substitution of counsel will be filed in the near future.  This continuance is being requested to allow new counsel time to review discovery with the defendant, to examine possible defenses

and to investigate the facts of the case.

It is further stipulated that the time period from the date of this stipulation, December 13, 2010, through and including the date of the new status conference hearing, January 14, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 13, 2010  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
Lori Zoval

DATED: December 13, 2010  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
ROBIN TAYLOR
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 14, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  December 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge