MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LORI ZOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-10-265 GEB |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE DATE FOR |
| v. ) | HEARING |
| ) | |
| ) | Date: February 11, 2011 |
| ) | Time: 9:00 a.m. |
| LORI ZOVAL, ) | Judge: Hon. Garland E. Burrell |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL RIMON, Assistant United States Attorney,  MARK J. REICHEL, Esq., attorney for defendant ZOVAL, that the present date for the status hearing shall be continued to February 11, 2011.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through February 11, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and

Stip

Local Code T4 for effective defense preparation.

DATED: February 9, 2011.   Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

DATED: February 9, 2011.   /s/MARK J. REICHEL for:
LAUREL RIMON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: February 9, 2011

GARLAND E. BURRELL, JR.
United States District Judge