MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LORI ZOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-265 GEB |
| Plaintiff, ) | **STIPULATION TO VACATE CURRENT JURY TRIAL DATE AND TO RE SET DATE FOR JURY TRIAL AND TRIAL CONFIRMATION HEARING; ORDER** |
| v. ) | |
| LORI ZOVAL. ) | |
| Defendants. ) | DATE: November 8, 2011<br>TIME: 9:00 a.m.<br>JUDGE: The Honorable Garland E. Burrell Jr. |

It is hereby stipulated between the parties, through their counsel, that the present date for jury trial be vacated and re calendared for November 8, 2011 at 9:00 a.m.  Further, the date for the trial conformation hearing shall be set for October 14, 2011 at 9:00 a.m.

Defense counsel for Ms. Zoval has extensive commitments in other criminal and civil matters, and the parties are also in negotiations to resolve the matter.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 8, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Stip

Dated: August 29, 2011

                                                By:   /s/ Mark J. Reichel
                                                           Attorney for Defendant
                                                           LORI ZOVAL

Dated: August 29, 2011

                                                By:   /S/CAMIL SKIPPER

                                                           CAMIL SKIPPER
                                                           Assistant U.S. Attorney

## ORDER

    IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to the sections set forth in this stipulation of the parties.

Dated:  August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge