1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   AUDREY B. HEMESATH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 10-265 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER** |
| LORI ZOVAL, | ) | |
| Defendant. | ) | DATE: January 6, 2012<br>TIME: 9 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED that the Judgment and Sentencing, currently set for January 6, 2012 at 9 a.m., be vacated and a new date of February 17, 2012 at 9 a.m. be set for Judgment and Sentencing.  This is to allow for further preparation for the Plaintiff.

                               BENJAMIN B. WAGNER
                               United States Attorney


                         By:   /s/Audrey Hemesath
                               Audrey B. Hemesath
                               Assistant U.S. Attorney
                               Attorneys for the Plaintiff


                         By:   /s/ Mark Reichel

1

```
                                Mark Reichel
                                Attorney for the Defendant
```

ORDER

IT IS SO ORDERED.

Dated:  November 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge