MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
LORI ZOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-265 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION TO EXTEND DATE |
| v. ) | FOR SELF SURRENDER |
| ) | |
| ) | |
| LORI ZOVAL ) | |
| ) Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the self surrender for service of sentence shall be continued to December 17, 2012 on or before 2:00 p.m.

All other terms and conditions of the defendant's release shall remain in full force and effect.

Self Surrender Extension

```
DATED: November 20 2012            Respectfully submitted,


                                   /s/ MARK J. REICHEL
                                   MARK J. REICHEL
                                   Attorney for Defendant



                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATED: November 20 2012            /s/ MARK J. REICHEL for:
                                   AUDREY B. HEMESATH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

O R D E R

IT IS SO ORDERED. All remaining conditions of the defendant's release shall remain in full force and effect.

Dated: November 26, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Self Surrender Extension                2