MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
LORI ZOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-10-0265 GEB |
| Plaintiff, | |
| v. | STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE |
| LORI ZOVAL | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, and at the request of the Pretrial Services Officer, that the terms for the defendant's pretrial release shall be amended to include the following:

   You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as

Stip to modify release terms

1  determined by the pretrial services officer.
2      All other terms and conditions of the defendant's
3  release shall remain in full force and effect.
4  DATED: November 27 2012          Respectfully submitted,
5
6                                   */s/ MARK J. REICHEL*
                                    *MARK J. REICHEL*
7                                   Attorney for Defendant
8
9                                   BENJAMIN B. WAGNER
                                    United States Attorney
10
11 DATED: November 27 2012          */s/ MARK J. REICHEL* for:
                                    *AUDREY B. HEMESATH*
12                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
13
14
15                                  O R D E R
16     IT IS SO ORDERED. All remaining conditions of the
17 defendant's release shall remain in full force and effect.
18 DATED: November 28, 2012.
19
20                                  _____
                                    KENDALL J. NEWMAN
21                                  UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

Stip to modify release terms                    2