PHILLIP A. TALBERT
Acting United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:10-CR-00265-JAM |
|---|---|
| Plaintiff, | ORDER TO ASSIGN AND DISBURSE RESTITUTION |
| v. | |
| LORI ZOVAL, | |
| Defendant. | |

This matter is before the Court on the government's motion that requests the Court to (1) bifurcate the restitution proceeds such that fifty percent (50%) of the restitution proceeds that are available, and fifty percent (50%) of future restitution proceeds paid to the Clerk of Court, be made due and immediately payable to Miriam Dixon, as an individual; and (2) order that fifty percent (50%) of the restitution proceeds currently in the possession of the Clerk of the Court, and fifty percent (50%) of future restitution proceeds, be held by the financial unit of the Clerk's Office until such time notice is provided to the Court of a proper recipient or duly appointed representative of Greg Dixon's estate.

The Court, having considered the motion of the United States, HEREBY GRANTS the motion. IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California shall bifurcate the restitution proceeds, such that fifty percent (50%) of the restitution proceeds available, and fifty percent (50%) of future restitution proceeds, be made due and immediately payable to Miriam Dixon as an individual.  The financial unit for the U.S. District Court Clerk's Office for

the Eastern District of California is further directed to hold fifty percent (50%) of the restitution proceeds available, and fifty percent (50%) of future restitution proceeds, until such time notice is provided to the Court of a proper recipient or duly appointed representative of Greg Dixon's estate.

    IT IS SO ORDERED.

Dated: July 27, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE